**Michael Alexander RIVERA,**
**Plaintiff-Appellant,**

v.

**INFERIOR COURT OF CALIFORNIA,**
**County of Los Angeles, Alhambra**
**Courthouse et al, Defendant-Appellee.**

No. 17-6343

United States Court of Appeals,
Fourth Circuit.

Submitted: August 29, 2017

Decided: September 22, 2017

Michael Alexander Rivera, Appellant
Pro Se.

Before SHEDD, DIAZ, and
THACKER, Circuit Judges.

Unpublished opinions are not binding
precedent in this circuit.

**PER CURIAM:**

Michael Alexander Rivera appeals the
district court's order dismissing his complaint. The district court referred this case
to a magistrate judge pursuant to 28
U.S.C. § 636(b)(1)(B) (2012). The magistrate judge recommended that the district
court dismiss Rivera's complaint for lack of
subject matter jurisdiction and advised
Rivera that failure to file timely, specific
objections to this recommendation could
waive appellate review of a district court
order based upon the recommendation.

The timely filing of specific objections to
a magistrate judge's recommendation is
necessary to preserve appellate review of
the substance of that recommendation
when the parties have been warned of the
consequences of noncompliance. *Wright v.
Collins*, 766 F.2d 841, 845–46 (4th Cir.
1985); *see also Thomas v. Arn*, 474 U.S.
140, 106 S.Ct. 466, 88 L.Ed.2d 435 (1985).
Rivera failed to file objections after receiving proper notice.* Accordingly, we affirm
the district court's order and deny Rivera's
motions for transcript at government expense and for appointment of a process
server. We dispense with oral argument
because the facts and legal contentions are
adequately presented in the materials before this court and argument would not aid
the decisional process.

*AFFIRMED*

---

* Although Rivera submitted two filings within the designated time period, none of the pleadings challenged the basis for the magistrate judge's recommendation. *See United States v. Midgette*, 478 F.3d 616, 622 (4th Cir. 2007) ("[T]o preserve for appeal an issue in a magistrate judge's report, a party must object to the finding or recommendation on that issue with sufficient specificity so as reasonably to alert the district court of the true ground for the objection.").